IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVE NIDES,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 10-cv-348-DRH** |
| vs. ) | |
| ) | **CRIMINAL NO. 07-cr-30136** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

### MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255.  Petitioner pleaded guilty, with the benefit of a written plea agreement, to one count of conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846.  On June 18, 2009, Petitioner was sentenced to 188 months imprisonment, 5 years supervised release, a $100 assessment, and a fine of $875.

In his § 2255 motion,  Petitioner asserts that he was provided ineffective assistance of counsel because his counsel did not file a notice of appeal as Petitioner allegedly instructed.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED:** July 8, 2010

                                             /s/     DavidRHerndon
                                             **DISTRICT JUDGE**